UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 16-CIV-23570-UU

KINGDON KASE,

    Plaintiff,

v.

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES;
MARGARITAVILLE HOLDINGS, LLC;
MARGARITAVILLE HOLDINGS II, LLC;
MARGARITAVILLE CARIBBEAN LIMITED;
and MARGARITAVILLE (TURKS) LTD.,

    Defendants.
_____/

## PLAINTIFF'S RESPONSE TO THE COURT'S RULE TO SHOW CAUSE ORDER

    Plaintiff, KINGDON KASE, through undersigned counsel hereby files his response to the Court's Rule to Show Cause Order of September 2, 2016, and would respectfully state as follows:

    The Honorable Court issued a Rule to Show Cause Order on September 2, 2016 [DE 10] requesting information concerning service of the Defendants in this matter.

    The Plaintiff did not previously file the appropriate Affidavits of Service and that is the solely the fault of the undersigned. The Plaintiff would humbly request the Court's indulgence for the undersigned's failure to file the documents previously.

1

On September 6, 2016 the undersigned did file proof of service upon Defendants Carnival Corporation, Maragaritaville Holdings, LLC, Margaritaville Holdings II, LLC, and Margarativille Caribbean Limited, [DE 11].

The only remaining Defendant, Margaritaville (Turks), Ltd., has not been served at this time. This Defendant is a foreign entity and the undersigned is in contact with the local Defendants, who have been appropriately served, in an effort to secure further information and appropriately serve this entity. Further, it is expected that this entity may submit to the jurisdiction of this Court given the nature of this claim, although this is not certain at this time.

Alternatively, service will be perfected via FRCP 4(f) via The Hague Convention as the entity is a foreign entity in the Turks and Caicos Islands which is a signatory to the convention. Pursuant to the rule this may require service be perfected in 120 days although the undersigned is hopeful this will be accomplished much earlier.

Dated this 7th day of September.

Respectfully submitted,

**LOUIS A. VUCCI, P.A.**
*Attorney for Plaintiff*
8101 Biscayne Boulevard - Suite 311
Miami, Florida 33138
Telephone: (305) 573-0125
Facsimile: (786) 536-7799

By:  */s/ Louis A. Vucci*
     LOUIS A. VUCCI
     Florida Bar No. 131581
     louis@thevuccilawgroup.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7th, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY: *Louis A. Vucci, Esq.*
Louis A. Vucci, Esq.,
Fla. Bar No.:131581

# SERVICE LIST
## CASE NO.: 16-CIV-23570-UU

| | |
|---|---|
| Louis A. Vucci, PA<br>Louis A. Vucci, Esq.<br>Louis@thevuccilawgroup.com<br>Attorney for the Plaintiff<br>8101 Biscayne Boulevard<br>Suite 311<br>Miami, FL. 33138<br>Tel.: (305) 573-0125<br>Facsimile: (786) 536-7799<br><br>And<br><br>Eduardo J. Hernandez<br>Brown & Hernandez, LLC<br>ehernandez@brownhernandez.com<br>Attorney for the Plaintiff<br>4000 Ponce De Leon Boulevard<br>Suite 470<br>Coral Gables, Fl. 33416<br>Tel.: (305) 909-7331<br>Fax.: (305) 909-7336 | |

[Service via CM/ECF Notice of Electronic Filing and via U.S. Mail]