UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CIV-23570-UU

KINGDON KASE,

      Plaintiff,

v.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES;
MARGARITAVILLE HOLDINGS, LLC;
MARGARITAVILLE HOLDINGS II, LLC;
MARGARITAVILLE CARIBBEAN
LIMITED; and MARGARITAVILLE
(TURKS) LTD.;

      Defendants,

_____/

### DECLARATION OF ROLAND CLARKE

I, Roland Clarke, hereby declare the following:

1.    My name is Roland Clarke and I have personal knowledge of each and every matter set forth herein below.

2.    I am the Chief Financial Officer of Margaritaville Caribbean, Ltd. ("MCL").

3.    MCL is a Bahamian corporation existing under the laws of the country of the Bahamas.  MCL has never been incorporated in the State of Florida and/or any other state in the United States.

4.    MCL owns the majority of the shares of Margaritaville (Turks), Ltd.

5.    MCL's business address is located at: 303 Shirley Street, Nassau, Bahamas.

## EXHIBIT A



CASE NO.:  16-CIV-60040-BLOOM/Valle

6.    MCL's designated and authorized agent to receive formal service of process on behalf of MCL is GSO Corporate Services, Ltd. located at the following address: 303 Shirley Street, Nassau Bahamas.

7.    MCL has never authorized and/or designated any individual and/or entity located at 8795 Northwest 100th Street, Medley, Florida 33178  to accept service of legal process on behalf of MCL.

8.    MCL has never maintained any registered agents in the state of Florida and/or anywhere else in the United States for purposes of serving legal process upon MCL.

9.    MCL has never maintained its principal place of business in the State of Florida and/or anywhere else in the United States.

10.   MCL has never operated, conducted, engaged in, or carried on a business venture in the State of Florida and/or anywhere else in the United States.

11.   MCL has never committed a tortious act within the State of Florida and/or the United States.

12.   MCL has never used, owned, mortgaged or leased any property in the State of Florida and/or anywhere else in the United States.

13.   MCL has never contracted to insure any person, property, or risk located in the State of Florida and/or anywhere else in the United States.

14.   MCL has never caused any injury to persons or property within the State of Florida and/or anywhere else in the United States arising out of an act or omission by MCL occurring outside the State of Florida and/or anywhere else in the United States.

15.   MCL has never breached any contract requiring performance in the State of Florida and/or anywhere else in the United States.

2

CASE NO.:  16-CIV-60040-BLOOM/Valle

16.    MCL has never engaged in substantial and not isolated activities in the state of Florida and/or anywhere else in the United States.

17.    MCL has never had any lien or real property interest in the State of Florida and/or anywhere else in the United States.

18.    MCL has never been incorporated, licensed, registered to do business and/or qualified to do business in the state of Florida and/or the United States.

19.    MCL has never paid taxes to the State of Florida and/or anywhere else in the United States as a result of its business operations.

20.    MCL has never maintained any bank accounts in the State of Florida and/or anywhere else in the United States.

21.    MCL has never entered into any concession contracts with Carnival Corporation.

22.    MCL has never attended to the state of Florida and/or anywhere else in the United States to conduct and/or solicit business on behalf of MCL.

23.    MCL has never attended any trade shows in the state of Florida and/or the United States.

24.    MCL has never been required by contract to purchase insurance policies providing insurance coverage to Carnival.

25.    The area that the Plaintiff alleges to have been patronizing is known as the Grand Turk Cruise Center.  Attached hereto as Exhibit "1" is a view of the Grand Turk Cruise Center.

26.    MCL did not own, operate and/or control the Flowrider attraction that is referenced in the Plaintiff's Complaint.

CASE NO.:  16-CIV-60040-BLOOM/Valle

27.   MCL did not own the entity that owned, operated and/or controlled the Flowrider attraction that is referenced in the Plaintiff's Complaint.

28.   The Margaritaville Bar & Restaurant and Margaritaville's Trading Post which are located within the Grand Turk Cruise Center were operated by MTL.  The landlord for the space that The Margaritaville Bar & Restaurant and Margaritaville's Trading Post occupy within the Grand Turk Cruise Center was Grand Turk Cruise Terminal Limited, a Turks and Caicos company.

29.   The Margaritaville Bar & Restaurant and Margaritaville's Trading Post businesses and/or MTL did not and do not own, control and/or operate the Flowrider attraction that is referenced in the Plaintiff's Complaint

30.   The Margaritaville Bar & Restaurant and Margaritaville's Trading Post businesses and/or MTL did not and do not own, control and/or operate the entity that owns, contols and/or operates the Flowrider attraction that is referenced in the Plaintiff's Complaint.

31.   The area where the Flowrider attraction is operated within the Grand Turk Cruise Center was not and is not part of the lease that the Margaritaville Bar & Restaurant and Margaritaville's Trading Post businesses and/or MTL have with Grand Turk Cruise Terminal Limited

32.   The Margaritaville Bar & Restaurant and Margaritaville's Trading Post businesses and/or MTL did not and do not have a concession agreement with Carnival Corporation which relate and/or pertain to the operations of the Margaritaville Bar & Restaurant and Margaritaville's Trading Post businesses located within the Grand Turk Cruise Center.

CASE NO.:  16-CIV-60040-BLOOM/Valle

33.  Payment  for  any  purchases  of  food,  beverage  and/or  merchandise purchased  by any customer of the Margaritaville Bar & Restaurant and Margarittaville's Trading Post is made directly by the customer at the point of sale to either Margaritaville Bar & Restaurant or Margarittaville's Trading Post.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

_____

Dated:   Sept. 14, 2016

**Location 1**
- Pool Cabanas

**Location 2**
- Flowrider

**Location 3**
- Flowrider Store

**Location 4**
- Margaritaville Bar & Restaurant
- Margaritaville's Trading Post

**Location 5**
- Beach Rentals Hut

**Location 6**
- Dizzy Donkey

**Location 7**
- Milano Jewelers

**Location 8**
- Rasta Pasta

**Location 9**
- Bruno Fine Arts

**Location 10**
- Duty Free Shops

**Location 11**
- Turquoise Bar
- Diamonds International

**Location 12**
- Ron Jon

**Location 13**
- SPLASHDOWN Space Shop (coming soon!)

**Location 14**
- NASA Exhibit

**Location 15**
- Cool Mist Zone

**Location 16**
- Massage Cabana

**Location 17**
- Beach Volleyball Court

**Location 18**
- Froots
- Goldsmith
- Retail (coming soon!)
- Retail (coming soon!)

**Location 19**
- Milano
- Silver Sun
- Del Sol
- Jais

**Location 20**
- Indigo Pearl
- Indigo Fashion

**Location 21**
- Piraña Joe
- Effy Jewelers

**Location 22**
- Taxi Stand

**Location 23**
- Coffee and Craft
- Grace Bay Car Rentals

**Location 24**
- Tourism Booth

**Location 25**
- Local Craft Mart
- Philatelic Bureau
- Retail (coming soon!)



**Key**
- 🔵 Food and Beverage
- 🔴 Retail
- 🟣 Jewelry
- 🔵 Service
- 🟠 Car Rental
- ✓ NASA Exhibit
- 🚻 Restrooms
- T Taxi

**EXHIBIT 1**