**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:16-cv-23570-UU

KINGDON KASE,

    Plaintiff,

v.

CARNIVAL CORPORATION, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon Oasis Divers' Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction. D.E. 88.

THE COURT has reviewed the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

On February 5, 2017, Defendant, Oasis Divers Limited d/b/a Oasis Divers Grand Turk, filed their Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction. D.E. 88. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss was due on February 22, 2017; however, Plaintiff failed to file a response. To date, Plaintiff has not filed a response to Defendant's Motion. Pursuant to Local Rule 7.1(c), the failure to respond within the applicable time period "may be deemed sufficient cause for granting the motion by default." The Court has also considered the motion and finds that, on the merits, it should be granted.

Accordingly, it is hereby

ORDERED AND ADJUDGED Oasis Divers' Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction (D.E. 88) is GRANTED. Plaintiff's claims against Defendant Oasis Divers Limited d/b/a Oasis Divers Grand Turk are DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record